William A. Earnhart, ASBA 9411099
RICHMOND & QUINN
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 276-5727
Facsimile: (907) 276-2953
E-mail: wearnhart@richmondquinn.com
Attorneys for Defendant



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MATTHEW NIESSINK and ROBERTA RASMUSSEN, husband and wife, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| WAL-MART and WAL-MART STORES, INC., | )<br>)<br>) |
| Defendant. | ) Case No. _____<br>)<br>) |

### RULE 7.1 CORPORATE DISCLOSURE

Defendant, Wal-Mart Stores, Inc., by and through counsel, Richmond & Quinn, hereby provides the following disclosure statement in accordance with Civil Rule 7.1(a).

Wal-Mart Stores, Inc. has no parent corporation and is a public-traded corporation.

DATED this 2nd day of November, 2006, Anchorage, Alaska.

>RICHMOND & QUINN
>Attorneys for Defendant
>
>By: /s/ William A. Earnhart
>William A. Earnhart
>RICHMOND & QUINN
>360 "K" Street, Suite 200
>Anchorage, Alaska 99501
>Telephone: (907) 276-5727
>Facsimile: (907) 276-2953
>E-mail: earnhart@richmondquinn.com
>Alaska Bar No. 9411099

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 2, 2006, a copy of the foregoing Rule 7.1 Corporate Disclosure was served on the following parties by mail:

Richard L. Harren
851 E. Westpoint Dr., Ste. 202
Wasilla, Alaska 99654

/s/ William A. Earnhart
RICHMOND & QUINN

2245\007\PLD\REMOVAL (CORP DISCLOSURE)

**RULE 7.1 CORPORATE DISCLOSURE**
Niessink & Rasmussen v. Wal-Mart Stores, Inc., CASE NO. \_\_\_\_\_
PAGE 2 OF 2