William A. Earnhart, ASBA 9411099
RICHMOND & QUINN
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 276-5727
Facsimile: (907) 276-2953
E-mail: wearnhart@richmondquinn.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MATTHEW NIESSINK and ROBERTA RASMUSSEN, husband and wife,<br><br>      Plaintiffs,<br><br>  v.<br><br>WAL-MART and WAL-MART STORES, INC.,<br><br>      Defendant. | Case No. 3:06-cv-00254 TMB |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiffs and the defendant, by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1), stipulate to the dismissal of the above-captioned case with prejudice, each side to bear its own costs and attorney fees.

LAW OFFICE OF
RICHARD L. HARREN PC
Attorney for Plaintiffs

DATED: 9-17-08

*[signature]*
Richard L. Harren
ABA No. 8211118

RICHMOND & QUINN
Attorneys for Defendant

DATED: 9/17/08

*[signature]*
William A. Earnhart
ABA No. 9411099

2245\007\PLD\DISMISS\STIP